UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S1- 4:09CR463 HEA |
| | ) | |
| JERRY MCCOMB, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the United States sought forfeiture of specific property of the above-captioned defendant pursuant to Title 21, United States Code, Section 853 as set forth in the Superceding Information:

AND WHEREAS, on March 4, 2010, the defendant Jerry McComb, pleaded guilty to a Superceding Information and also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS, by virtue of said plea of guilty and written Stipulation, the United States is now entitled to possession of said properties, pursuant to Title 21, United States Code, Section 853;

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the defendant's plea of guilty and the written Stipulation, the following property is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853:

The following property belonging to defendant:

(1) $17,060.00 in United States currency seized on February 9, 2009;

(2) 2005 Nissan Maxima, VIN 1N4BA41E05C833901; and

(3) 2005 Infiniti QX56, VIN 5N3AA08CX5N804528.

2. That the aforementioned forfeited property is to be held by the United States Marshal, as indicated, in their secure custody and control.

3. Upon issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule 32.2 of the Federal Rules of Criminal Procedure, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n)(1).

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeiture properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all of said property will be ordered forfeited to the United States to be disposed of according to law.

Ordered this 8th day of March, 2010.

HENRY E. AUTREY
United States District Judge